1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Trujillo

7

8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11
   JOSE TRUJILLO,                          ) No.  1:21-cv-01691-DAD-BAM
12                                         )
              Plaintiff,                   ) **PLAINTIFF'S REQUEST TO CONTINUE**
13                                         ) **MANDATORY SCHEDULING**
       vs.                                 ) **CONFERENCE; ORDER**
14                                         )
   GLADYS VIRGINIA BARBOZA dba             )
15 MARISCOS EL CAMARON BORRACHO,           ) Date:        March 1, 2022
   et al.,                                 ) Time:        8:30 a.m.
16                                         ) Courtroom:   8
                                           )
17            Defendants.                  )
                                           ) Magistrate Judge Barbara A. McAuliffe
18                                         )
                                           )
19                                         )
                                           )
20 _____  )

21     Plaintiff Jose Trujillo ("Plaintiff"), by and through his attorneys of record, hereby

22 requests a continuance of the Mandatory Scheduling Conference currently scheduled in this

23 matter for March 1, 2022 at 8:30 a.m. for the reasons set forth below.

24     1.     Plaintiff filed a proof of service to serve the Summons and Complaint on

25 Defendant, SSSC, Inc. (ECF Doc. 10), in which, a response to Plaintiff's Complaint is due by

26 February 24, 2022. A response by SSSC, Inc. to Plaintiff's Complaint has not yet been filed to

27 date.

28

2. On February 14, 2022, Plaintiff filed a request for clerk to enter default as to Defendants, Gladys Virginia Barboza dba Mariscos El Camaron Borracho, and Angel Barboza dba Mariscos El Camaron Borracho (ECF Doc. 11). Default was entered by the clerk on February 14, 2022 (ECF Doc. 12).

3. Because Defendants have not appeared in the action, Plaintiff has been unable to meet and confer with Defendants or prepare a joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for March 1, 2022 be continued to a date after March 31, 2022 at the Court's convenience.

Dated: February 22, 2022                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Jose Trujillo

### ORDER

Upon request by Plaintiff and good cause appearing, **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for March 1, 2022 be continued to **April 5, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the hearing remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **February 23, 2022**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE