ERIKA L. RASCON---#309178  
MEDEROS ORMONDE & RASCON  
Attorneys at Law  
791 North Cherry Avenue  
Post Office Box 29  
Tulare, California 93275  
(559) 686-3861  
(559) 686-1514 (facsimile)  

Attorneys for Defendant SSSC, Inc.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| JOSE TRUJILLO, | Case No. 1:21-CV-01691-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND TIME FOR DEFENDANT SSSC, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER |
| GLADYS VIRGINIA BARBOZA dba MARISCOS EL CAMARON BORRACHO; ANGEL BARBOZA dba MARISCOS EL CAMARON BORRACHO; SSSC, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant SSSC, INC. may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Therefore, the last day for Defendant SSSC, INC. to answer to otherwise respond to Plaintiff's Complaint is April 11, 2022. This extension of time is SSSC, INC.'s second extension and does not alter the date of any event or any deadline.

Counsel for Plaintiff has authorized Defendant SSSC, INC.'s counsel to electronically sign on her firm's behalf.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant SSSC, INC. hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred

with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

                                      Respectfully submitted,

                                      MOORE LAW FIRM, P.C.

Dated:  March 9, 2022        By  /s/ Tanya E. Moore
                                          as authorized on 3/9/2022
                                          TANYA E. MOORE
                                          Attorneys for
                                          Plaintiff JOSE TRUJILLO

                                     MEDEROS ORMONDE & RASCON

Dated:  March 9, 2022        By  /s/ Erika L. Rascon
                                          ERIKA L. RASCON
                                          Attorneys for
                                          Defendant SSSC, INC.

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and include April 11, 2022, in which to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  **March 11, 2022**                  /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE