1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Trujillo

7

8
                  **UNITED STATES DISTRICT COURT**
9
                  **EASTERN DISTRICT OF CALIFORNIA**
10

11

12  JOSE TRUJILLO,                      )  No.  1:21-cv-01691-DAD-BAM
                                        )
13            Plaintiff,                )  **STIPULATION FOR CONTINUANCE OF**
                                        )  **MANDATORY SCHEDULING**
14      vs.                             )  **CONFERENCE; [**~~PROPOSED~~**] ORDER**
                                        )
15  GLADYS VIRGINIA BARBOZA dba         )
    MARISCOS EL CAMARON BORRACHO;       )  Date:       April 5, 2022
16  ANGEL BARBOZA dba MARISCOS EL       )  Time:       9:00 a.m.
    CAMARON BORRACHO; SSSC, INC.;       )  Courtroom:  8
17                                      )
            Defendants.                 )  Magistrate Judge Barbara A. McAuliffe
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21  _____)

22

23

24      **WHEREAS,** a Mandatory Scheduling Conference (ECF Doc. No. 3) is currently

25  scheduled in this matter for April 5, 2022 at 9:00 a.m.

26      **WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff"), and Defendant, SSSC, INC.

27  ("Defendants," and together with Plaintiff, "the Parties"), hereby request that the Mandatory

28  Scheduling Conference be continued to allow time for Defendants to make an appearance;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for April 5, 2022 to a date at the Court's convenience on or after April 11, 2022.

Dated: March 30, 2022                              MOORE LAW FIRM, P.C.

                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore
                                                   Attorney for Plaintiff,
                                                   Jose Trujillo

Dated: March 30, 2022                              MEDEROS, ORMONDE & RASCON

                                                   */s/ Erika L. Rascon*
                                                   Erika L. Rascon
                                                   Attorneys for Defendant,
                                                   SSSC, INC.

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for April 5, 2022 is continued to **April 14, 2022 at 9:00 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **March 31, 2022**                        /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE