1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Trujillo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | No. 1:21-cv-01691-DAD-BAM |
| Plaintiff, | **STIPULATION FOR THIRD CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| GLADYS VIRGINIA BARBOZA dba MARISCOS EL CAMARON BORRACHO; ANGEL BARBOZA dba MARISCOS EL CAMARON BORRACHO; SSSC, INC.; | Date: April 14, 2022<br>Time: 9:00 a.m.<br>Courtroom: 8 |
| Defendants. | Magistrate Judge Barbara A. McAuliffe |

**WHEREAS,** a Mandatory Scheduling Conference is currently scheduled in this matter for April 14, 2022 at 9:00 a.m., having been continued once pursuant to the parties' stipulation (Dkt. 22) and once at Plaintiff's request (Dkt. 14);

**WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff"), has now filed a First Amended Complaint naming additional parties who have yet to be served and make an appearance in the action (Dkt. 24);

**NOW, THEREFORE**, Plaintiff and Defendant, SSSC, Inc. ("Defendants," and together with Plaintiff, "the Parties"), the parties who have appeared in this action, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for April 14, 2022 to a date at the Court's convenience on or after July 11, 2022 to allow time for the new parties to be served, make an appearance, and participate in the Joint Scheduling Report.

Dated: April 6, 2022                                             MOORE LAW FIRM, P.C.

                                                                 */s/ Tanya E. Moore*
                                                                 Tanya E. Moore
                                                                 Attorney for Plaintiff,
                                                                 Jose Trujillo

Dated: April 6, 2022                                             MEDEROS, ORMONDE & RASCON

                                                                 */s/ Erika L. Rascon*
                                                                 Erika L. Rascon
                                                                 Attorneys for Defendant,
                                                                 SSSC, INC.

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for April 14, 2022, is continued to **July 13, 2022, at 9:00 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **April 8, 2022**                                        /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE