1  ERIKA L. RASCON--#309178
   MEDEROS, ORMONDE & RASCON
2  Attorneys at Law
   791 North Cherry Avenue
3  Post Office Box 29
   Tulare, California  93275
4  (559) 686-3861
   (559) 686-1514 (facsimile)
5
6  Attorneys for Defendant SSSC, Inc.
7

8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10                              -oOo-

11 JOSE TRUJILLO,                    ) Case No.: 1:21-cv-01691-DAD-BAM
                                     )
12         Plaintiff,                ) STIPULATION THAT ANSWER TO
                                     ) ORIGINAL COMPLAINT IS ANSWER TO
13    vs.                            ) AMENDED COMPLAINT; and
                                     ) [PROPOSED] ORDER
14 SSSC, INC.; CARLOS ALBERTO        )
   VIRGEN ANDRADE dba MARISCOS EL    )
15 CAMARON BORRACHO; LETICIA VEGA    )
   LOPEZ dba EL CHARRO RESTAURANT;   )
16 PABLO TORRES JUAREZ dba EL        )
   CHARRO RESTAURANT; RAFAEL         )
17 ANDRADE dba NEVERIAS EL SABOR     )
   DE MICHOACAN; ADIB M. DAKHEIL     )
18 dba SUPER STOP; THAAR NAJJAR      )
   dba SUPER STOP; RODOLFO ARIAS     )
19 MAGDALENO dba SUPER MERCADO       )
   JULIAN; DAVID LARA dba SUPER      )
20 MERCADO JULIAN; DAMARIZ M. LEON   )
   dba SUPER MERCADO JULIAN;         )
21 RIGOBERTO ARAMBULA dba SUPER      )
   MERCADO JULIAN,                   )
22                                   )
           Defendants.                )
23 _____    )

24     IT IS HEREBY STIPULATED by the parties, through MOORE LAW

25 FIRM, P.C., and TANYA E. MOORE, attorney for Plaintiff and

26 MEDEROS, ORMONDE & RASCON, and ERIKA L. RASCON, attorneys for

27 Defendant, SSSC, Inc., that:

28 / / /

1. Plaintiff, JOSE TRUJILLO, filed an original complaint on November 24, 2021.

2. Defendant, SSSC, Inc., filed an answer to plaintiff's original complaint on April 5, 2022.

3. On April 6, 2022, plaintiff filed a First Amended Complaint.

4. The parties agree that the defendant's answer is to be deemed an answer to the plaintiff's First Amended Complaint with the same effect as if the answer had been filed in response to the First Amended Complaint.

5. Plaintiff expressly waives the right to request entry of default or entry of a default judgment against defendant, SSSC, Inc.

MOORE LAW FIRM, P.C.

Dated: April 21, 2022          By __/s/ Tanya E. Moore__
                                  TANYA E. MOORE
                                  Attorneys for Plaintiff
                                  JOSE TRUJILLO

MEDEROS ORMONDE & RASCON

Dated: April 21, 2022          By __/s/ Erika L. Rascon__
                                  ERIKA L. RASCON
                                  Attorneys for
                                  Defendant SSSC, INC.

/ / /

/ / /

/ / /

/ / /

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Answer filed April 5, 2022 by Defendant SSSC, INC. to Plaintiff's original Complaint is deemed an Answer by Defendant SSSC, INC. to Plaintiff's First Amended Complaint filed April 6, 2022.

IT IS SO ORDERED.

Dated:   **April 26, 2022**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE