1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Trujillo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | No. 1:21-cv-01691-DAD-BAM |
| Plaintiff, | **STIPULATION FOR FOURTH CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| GLADYS VIRGINIA BARBOZA dba MARISCOS EL CAMARON BORRACHO, et al.; | Date: July 13, 2022<br>Time: 9:00 a.m.<br>Courtroom: 8 |
| Defendants. | Magistrate Judge Barbara A. McAuliffe |

**WHEREAS,** a Mandatory Scheduling Conference is currently scheduled in this matter for July 13, 2022 at 9:00 a.m., having been continued twice pursuant to the parties' stipulation (Dkt. 22) and once at Plaintiff's request (Dkt. 14);

**WHEREAS,** on April 6, 2022, Plaintiff Jose Trujillo ("Plaintiff"), filed a First Amended Complaint naming additional parties including Damariz M. Leon dba Super Mercado Julian ("Leon") and Rigoberto Arambula dba Super Mercado Julian ("Arambula") (Dkt. 24);

**WHEREAS**, on June 27, 2022, Plaintiff served Leon with the Summons and First Amended Complaint (see Dkt. 45) and Leon's response thereto is due on July 18, 2022;

STIPULATION FOR FOURTH CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER

Page 1

1 **WHEREAS**, Plaintiff has been unable to serve Arambula, but is continuing to diligently attempt and in the meantime has served written discovery on Defendant SSSC, Inc. ("SSSC") seeking information to locate Arambula for service;

**NOW, THEREFORE**, Plaintiff and SSSC, the parties who have appeared in this action, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for July 13, 2022 to a date at the Court's convenience on or after September 12, 2022 to allow time for the remaining parties to be served, make an appearance, and participate in the Joint Scheduling Report.

Dated: July 6, 2022                              MOORE LAW FIRM, P.C.

                                                 */s/ Tanya E. Moore*
                                                 Tanya E. Moore
                                                 Attorney for Plaintiff,
                                                 Jose Trujillo

Dated: July 6, 2022                              MEDEROS, ORMONDE & RASCON

                                                 */s/ Erika L. Rascon*
                                                 Erika L. Rascon
                                                 Attorneys for Defendant,
                                                 SSSC, INC.

STIPULATION FOR FOURTH CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER

Page 2

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 13, 2022 is continued to **October 12, 2022, at 9:00 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **July 6, 2022**              /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE