1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Trujillo

6

7

8 # UNITED STATES DISTRICT COURT

9 # EASTERN DISTRICT OF CALIFORNIA

10

11 | JOSE TRUJILLO, | ) | Case No. 1:21-cv-01691-DAD-BAM |
   |---|---|---|
12 | Plaintiff, | ) | **PLAINTIFF'S REQUEST FOR** |
13 | vs. | ) | **ADMINISTRATIVE RELIEF FROM** |
   | | ) | **SERVICE DEADLINE;** |
14 | SSSC, INC., et al., | ) | **ORDER** |
15 | Defendants. | ) | |
16 | | ) | |

17

18  **WHEREAS**, on April 6, 2022, Plaintiff, Jose Trujillo ("Plaintiff"), filed a First

19  Amended Complaint in the instant action alleging claims under Title III of the Americans with

20  Disabilities Act of 1990 and parallel California law (ECF No. 24). On April 8, 2022, an Order

21  for a Third Continuance of the Mandatory Scheduling Conference was issued (ECF No. 28)

22  and a Mandatory Scheduling Conference was scheduled for July 13, 2022;

23  **WHEREAS**, Defendant Rigoberto Arambula dba Super Mercado Julian ("Defendant")

24  has not appeared in this action;

25  **WHEREAS**, Plaintiff diligently attempted to serve Defendant at 10001 Pyramid Peak

26  Drive, Bakersfield, CA 93311, but according to the process server, after five service attempts

27  there was no answer at the door and there was no answer at the neighbor's house;

28

**WHEREAS**, Plaintiff conducted research for a new address to serve Defendant and provided One Legal LLC, with address 2602 Barrowby Street, Bakersfield, CA 93311 for service, but according to the process server, after five service attempts there was no answer and no access to the gated property;

**WHEREAS**, Plaintiff plans to request a stake-out on Defendant at 2602 Barrowby Street, Bakersfield, CA 93311;

**WHEREAS**, Plaintiff plans to make further service attempts to ensure that Defendant is adequately served and receives notice of this action in the instance a default judgment is necessary;

**NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that he be given to and including September 5, 2022 to effect service of his Complaint on Defendants.

Dated: July 5, 2022                                    MOORE LAW FIRM, P.C.

                                                                    */s/ Tanya E. Moore*
                                                                    Tanya E. Moore
                                                                    Attorney for Plaintiff,
                                                                    Jose Trujillo

## ORDER

Upon request of Plaintiff for administrative relief and good cause appearing,

**IT IS HEREBY ORDERED** that the last day by which Plaintiff must serve the Complaint on Defendant is extended from July 5, 2022, to September 5, 2022.

IT IS SO ORDERED.

Dated:   **July 7, 2022**                                   /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE