Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | Case No. 1:21-cv-01691-DAD-BAM |
| Plaintiff, | **PLAINTIFF'S SECOND REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE; ORDER** |
| vs. | |
| SSSC, INC., et al., | |
| Defendants. | |

**WHEREA**S, on April 6, 2022, Plaintiff, Jose Trujillo ("Plaintiff"), filed a First Amended Complaint in the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law (ECF No. 24). On April 8, 2022, an Order for a Third Continuance of the Mandatory Scheduling Conference was issued (ECF No. 28) and a Mandatory Scheduling Conference was scheduled for July 13, 2022;

**WHEREAS**, Defendants Rigoberto Arambula dba Super Mercado Julian and Damariz M. Leon dba Super Stop ("Defendants") have not appeared in this action;

**WHEREAS**, Plaintiff diligently attempted to serve Defendant at 10001 Pyramid Peak Drive, Bakersfield, CA 93311, but according to the process server, after five service attempts there was no answer at the door and there was no answer at the neighbor's house;

**WHEREAS**, Plaintiff conducted research for a new address to serve Defendant and provided One Legal LLC, with address 2602 Barrowby Street, Bakersfield, CA 93311 for service, but according to the process server, after five service attempts there was no answer and no access to the gated property;

**WHEREAS**, Plaintiff requested One Legal to serve Rigoberto Arambula dba Super Mercado at 541 West Bardsley Avenue, Tulare, California 93274 for service; however, service is pending;

**WHEREAS**, Plaintiff requested One Legal to serve Damariz M. Leon dba Super Mercado Julian at 503 West Bardsley Avenue, Tulare, California 93274 for service; however, service is pending;

**NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that he be given to and including November 4, 2022 to effect service of his Complaint on Defendants.

Dated: September 9, 2022                                          MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Jose Trujillo

## ORDER

Upon request of Plaintiff for administrative relief and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff must serve the Complaint on the remaining Defendants no later than November 4, 2022.

IT IS SO ORDERED.

Dated:   **September 9, 2022**                      /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE