1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Trujillo

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JOSE TRUJILLO, | ) No. 1:21-cv-01691-ADA-BAM |
| 12           Plaintiff, | ) **STIPULATION FOR FIFTH** |
| 13      vs. | ) **CONTINUANCE OF MANDATORY** |
|  | ) **SCHEDULING CONFERENCE;** |
| 14  GLADYS VIRGINIA BARBOZA dba | ) **[PROPOSED] ORDER** |
|     MARISCOS EL CAMARON BORRACHO, | ) |
| 15  et al.; | ) Date:   October 12, 2022 |
| 16  | ) Time:   9:00 a.m. |
|               Defendants. | ) Courtroom:   8 |
| 17  | ) |
| 18  | ) Magistrate Judge Barbara A. McAuliffe |

19      **WHEREAS,** a Mandatory Scheduling Conference is currently scheduled in this matter

20 for October 12, 2022 at 9:00 a.m., having been continued thrice pursuant to the parties'

21 stipulation (Dkt. 22, 38, and 48) and once at Plaintiff's request (Dkt. 14);

22      **WHEREAS,** on April 6, 2022, Plaintiff Jose Trujillo ("Plaintiff"), filed a First

23 Amended Complaint naming additional parties including Rigoberto Arambula dba Super

24 Mercado Julian ("Arambula") (Dkt. 24);

25      **WHEREAS**, on September 19, 2022, Plaintiff served Arambula with the Summons and

26 First Amended Complaint (Dkt. 59 (proof of service)) and Arambula's response thereto is due

27 on October 11, 2022, and as Arambula has not appeared yet, Plaintiff has not been able to meet

28 and confer with Arambula regarding preparation of a joint scheduling report;

**WHEREAS**, Plaintiff and Defendant SSSC, Inc. ("SSSC"), who have appeared in the action, and Defendants Adib M. Dakheil dba Super Stop and Thaar Najjar dba Super Stop, who are currently unrepresented and in default (Dkt. 55), have been engaging in settlement discussions, whereby Plaintiff has provided each defendant with a draft settlement agreement setting forth his proposed injunctive relief and other non-monetary terms of settlement;

**NOW, THEREFORE**, Plaintiff and SSSC, the parties who have appeared in this action, by and through their respective counsel, stipulate to a further continuance of the Mandatory Scheduling Conference currently set for October 12, 2022 to a date at the Court's convenience on or after November 11, 2022 to allow time for Arambula to make an appearance and participate in the Joint Scheduling Report, and for the parties to continue their settlement efforts.

Dated: October 5, 2022                                      MOORE LAW FIRM, P.C.

                                                            */s/ Tanya E. Moore*
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff,
                                                            Jose Trujillo

Dated: October 5, 2022                                      MEDEROS, ORMONDE & RASCON

                                                            */s/ Erika L. Rascon*
                                                            Erika L. Rascon
                                                            Attorneys for Defendant,
                                                            SSSC, INC.

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for October 12, 2022 is continued to **December 8, 2022 at 9:30 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **October 6, 2022**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE