1 | **ERIKA L. RASCON 309178**
elr@tulareesq.com
2 | **MEDEROS, ORMONDE & RASCON**
Attorneys at Law
3 | 791 North Cherry Avenue
Post Office Box 29
4 | Tulare, California 93275
(559) 686-3861
5 | (559) 686-1514 (facsimile)

6 | **RACHELLE TAYLOR GOLDEN 295385**
Rachelle@GoldenADADefense.com
7 | **GOLDEN LAW A.P.C.**
8050 N. Palm Avenue, Suite 300
8 | Fresno, California 93711
Telephone: (559) 289-5088

10 | Attorneys for Defendant:
SSSC, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| JOSE TRUJILLO, | ) NO. 1:21-cv-01691-KES-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONSENT TO MAGISTRATE JURISIDICTION FOR THE LIMITED PURPOSE OF HEARING THE PENDING MOTIONS FOR SUMMARY JUDGMENT AND/OR ADJUDICATION [DOCUMENT NOS. 128 THROUGH 138, 140 THROUGH 142, AND 144]** |
| vs. | |
| SSSC, INC., *et al*; | |
| Defendants. | |
| | ) **ORDER THEREON** |
| | ) Complaint Filed: November 24, 2021 |
| | ) Trial Date: Vacated |

Come now Plaintiff, JOSE TRUJILLO, through his counsel of record Tanya E. Moore of Moore Law Firm, and Defendant, SSSC, INC., through its counsel of record, Erika L. Rascon of Mederos, Ormonde & Rascon, and Rachelle Taylor Golden of Golden Law A.P.C. to stipulate as follows:

1  WHEREAS, SSSC, INC., filed a Motion for Summary Judgment and/or Summary
2  Adjudication solely against Plaintiff, on November 2, 2023 (Document 128 and following); and
3  WHEREAS, Plaintiff filed a Motion for Summary Judgment and/or Summary
4  Adjudication on November 2, 2023 solely against SSSC, Inc. (Document 131 and following);
5  and
6  WHEREAS, the Plaintiff and SSSC, Inc., would like to consent to Magistrate Jurisdiction
7  solely for the purpose of reviewing, and deciding the pending Motions for Summary
8  Judgment/Summary Adjudication; and
9  NOW THEREFORE, pursuant to Document 139, the Court's Minute Order filed on
10 November 15, 2023, Plaintiff and SSSC., Inc. hereby stipulate and consent for Magistrate
11 Jurisdiction, for the limited purpose of hearing the pending cross Motions for Summary
12 Judgement/Summary Adjudication.

13 DATED: May 22, 2024,                                      MOORE LAW FIRM

14
                                                            By:   /s/ *Tanya E. Moore*
15                                                                Tanya E. Moore
                                                                  Attorney for Plaintiff, Jose Trujillo
16
17 DATED: May 22, 2024,                                      GOLDEN LAW A.P.C.

18                                                          By:   /s/ *Rachelle Taylor Golden*
                                                                  RACHELLE TAYLOR GOLDEN
19                                                                Attorney for Defendant, SSSC, Inc.

20                             FILER'S ATTESTATION

21
22  I, Rachelle Taylor Golden, the attorney of record for Defendant, SSSC, Inc. herein,
23 received the concurrence of attorney Tanya E. Moore, attorney of record for Plaintiff herein, in
   the filing of this document.
24
                                                            By:   /s/ Rachelle Taylor Golden
25                                                                RACHELLE TAYLOR GOLDEN
                                                                  Attorney for Defendant, SSSC, Inc.
26
27
28

# ORDER

Having reviewed the parties' stipulation to consent to magistrate jurisdiction for the limited purpose of hearing the pending motions for summary judgment and/or adjudication, Doc. 149, the court hereby GRANTS the stipulation and orders as follows:

The pending motions for summary judgment and/or adjudication (Docs. 128, 131, and 137) are hereby submitted for decision to Magistrate Judge Barbara A. McAuliffe. Magistrate jurisdiction will be for the limited purpose of deciding the pending motions for summary judgment and/or adjudication (Docs. 128, 131, and 137).

IT IS SO ORDERED.

Dated:   May 23, 2024

UNITED STATES DISTRICT JUDGE

3