**ERIKA L. RASCON 309178**
elr@tulareesq.com
**MEDEROS, ORMONDE & RASCON**
Attorneys at Law
791 North Cherry Avenue
Post Office Box 29
Tulare, California 93275
(559) 686-3861
(559) 686-1514 (facsimile)

**RACHELLE TAYLOR GOLDEN 295385**
Rachelle@GoldenADADefense.com
**GOLDEN LAW A.P.C.**
8050 N. Palm Avenue, Suite 300
Fresno, California 93711
Telephone: (559) 289-5088

Attorneys for Defendant:
SSSC, INC.

**TANYA E. MOORE 206683**
**MOORE LAW FIRM, P.C.**
334 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com
tanya@moorelawfirm.com

Attorney for Plaintiff Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| JOSE TRUJILLO, | NO. 1:21-cv-01691-KES-BAM |
| Plaintiff, | **AMENDED STIPULATION TO CONSENT TO MAGISTRATE JURISIDICTION FOR THE LIMITED PURPOSE OF HEARING THE PENDING MOTIONS FOR SUMMARY JUDGMENT AND/OR ADJUDICATION [DOCUMENT NOS. 128 THROUGH 130, 137 THROUGH 138, 140 THROUGH 142, AND 144]; ORDER** |
| vs. | |
| SSSC, INC., *et al*; | |
| Defendants. | |

1

Come now Plaintiff, JOSE TRUJILLO, through his counsel of record Tanya E. Moore of Moore Law Firm, and Defendant, SSSC, INC., through its counsel of record, Erika L. Rascon of Mederos, Ormonde & Rascon, and Rachelle Taylor Golden of Golden Law A.P.C. to stipulate as follows:

WHEREAS, SSSC, INC., filed a Motion for Summary Judgment and/or Summary Adjudication solely against Plaintiff, on November 2, 2023 (Document 128 through 130); and

WHEREAS, Plaintiff filed a Motion for Summary Judgment and/or Summary Adjudication on November 2, 2023 solely against SSSC, Inc. (Document 131);

WHEREAS, Plaintiff filed an Amended Motion for Summary Judgment on November 3, 2023, solely against SSSC, Inc. (Document 132 through 133);

WHEREAS, the Amended Motion for Summary Judgment was denied without prejudice on November 6, 2023 (Document 135);

WHEREAS, Plaintiff filed a second Motion for Summary Judgment or Summary Adjudication on November 14, 2023, solely against SSSC, Inc. (Document 137 through 138)

WHEREAS, the Plaintiff and SSSC, Inc., would like to consent to Magistrate Jurisdiction solely for the purpose of reviewing, and deciding the pending Motions for Summary Judgment/Summary Adjudication filed by Defendant, SSSC, Inc. (Documents 128 through 130) and filed by Plaintiff (Documents 137 through 138); and

NOW THEREFORE, pursuant to Document 139, the Court's Minute Order filed on November 15, 2023, Plaintiff and SSSC., Inc. hereby stipulate and consent for Magistrate Jurisdiction, for the limited purpose of hearing the pending cross Motions for Summary Judgement/Summary Adjudication (Documents 128 through 130, and Documents 137 through 138, 140 through 142, and 144).

DATED: June 28, 2024,                               MOORE LAW FIRM

By:     /s/ *Tanya E. Moore*
         Tanya E. Moore
         Attorney for Plaintiff, Jose Trujillo

///

DATED: June 28, 2024,                                    GOLDEN LAW A.P.C.

                                            By:    /s/ *Rachelle Taylor Golden*
                                                   RACHELLE TAYLOR GOLDEN
                                                   Attorney for Defendant, SSSC, Inc.

FILER'S ATTESTATION

I, Rachelle Taylor Golden, the attorney of record for Defendant, SSSC, Inc. herein, received the concurrence of attorney Tanya E. Moore, attorney of record for Plaintiff herein, in the filing of this document.

                                            By:    /s/ Rachelle Taylor Golden
                                                   RACHELLE TAYLOR GOLDEN
                                                   Attorney for Defendant, SSSC, Inc.

**ORDER**

Having reviewed the parties' amended stipulation to consent to magistrate jurisdiction for the limited purpose of hearing the pending motions for summary judgment and/or adjudication, Doc. 153, the court hereby GRANTS the stipulation and orders as follows:

The parties' pending motions for summary judgment and/or adjudication (Docs. 128, 129, 130, 137, 138) are hereby submitted for decision to Magistrate Judge Barbara A. McAuliffe. Magistrate jurisdiction will be for the limited purpose of deciding the pending motions for summary judgment and/or adjudication.  Docs. 128, 129, 130, 137, 138.

As plaintiff's operative motion for summary judgment is the one filed on November 14, 2023 (Docs. 137, 138), the court denies as moot plaintiff's November 2, 2023, motion for summary judgment (Doc. 131).

The court's May 23, 2024, order (Doc. 150) is hereby vacated.

IT IS SO ORDERED.

Dated:   July 1, 2024

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOLDEN LAW A.P.C.
1100 W. SHAW AVENUE.
SUITE 132
Fresno, CA 93711

1